STATE OF NEW JERSEY v. EDWARD TILLERY.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS PENNINGTON.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL REED.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES W. WHEELER.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LAMAR B. WATSON, JR.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FRANKLIN D. HALE.

October 19, 1976. Petition for certification denied.